UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80004-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

RAFAEL MEDINA, JR.,
        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 30, 2008, Magistrate Judge James M. Hopkins held a hearing with regard to Defendant's Stipulated Motion For Competency Evaluation. (DE 224). A Report and Recommendation was also filed on May 30, 2008. The Court has carefully reviewed the Psychological Evaluation conducted by the Bureau of Prisons, the Report and Recommendation of the Magistrate, and all other pertinent documents in the record of this case. After a full and diligent review, it is

**ORDERED AND ADJUDGED** that the Report and Recommendations of United States Magistrate Judge James M. Hopkins are hereby **ADOPTED**. This Court finds, by a preponderance of the evidence, that the defendant is competent to stand trial or to enter a plea of guilty.

**DONE AND ORDERED**, in West Palm Beach, Florida, this _11_ day of June, 2008.

        DONALD M. MIDDLEBROOKS
        UNITED STATES DISTRICT JUDGE

c:    Counsel of Record
       Hon. James M. Hopkins